

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez, Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**, Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Robert Cadena, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to January 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  
William G. Neumann, Jr.  
Hagood & Neumann, L.L.P.  
1520 E. Highway 6  
Alvin, TX 77511

J. Michael Myers  
Naman Howell Smith & Lee PLLC  
10001 Reunion Place, Suite 600  
San Antonio, TX 78216

James M. Parker, Jr.  
Naman, Howell, Smith & Lee, PLLC  
10001 Reunion Place, Suite 600  
San Antonio, TX 78216